125 BROAD STREET, 39TH FLOOR    NEW YORK, NEW YORK 10004-2400

www.sdma.com    212.422.0202 *phone*    212.422.0925 *fax*



*Michael H. Bernstein*
*212-898-4011*
*Michael.Bernstein@sdma.com*

September 22, 2009

**VIA FACSIMILE (718) 613-2446 AND ECF**         **DOCUMENT ELECTRONICALLY FILED**

Honorable I. Leo Glasser
United States District Court Judge
United States District Court
Eastern District of New York`
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Catherine Cole v. Hartford Life Insurance Company*
      Civ. Act. No.:      09-CV-3589 (ILG)
      SDMA File No.:      02489-000028

Dear Judge Glasser:

This office represents defendant, Hartford Life Insurance Company (hereinafter "Hartford"), in this action. This is a lawsuit in which plaintiff is challenging defendant's denial of long term disability benefits under a group disability policy. Hartford issued the policy and administered claims for benefits under the policy. The parties dispute whether the matter is governed by the Employee Income Retirement Act of 1974 ("ERISA") 29 U.S.C. §1001, *et. seq.*

The purpose of this letter is to request the court's endorsement of the parties' agreement to extend defendant Hartford's time to answer or move with respect to the Complaint. Defendant's Answer and/or appearance was due to be served and filed by September 21, 2009. During a telephone conversation with plaintiff's counsel, Steven M. Weiner, Esq. on September 22, 2009, he agreed to extend the defendant's time to answer or move by thirty (30) days to October 21, 2009. This is defendant Hartford's first request for an extension of time to answer or move in connection with plaintiff's Complaint.

Thank you for your time and attention to this application. If you have any questions or concerns, please do not hesitate to contact me at (212) 898-4011.

Respectfully submitted,

[signature]

Michael H. Bernstein (MB-0579)
Sedgwick, Detert, Moran & Arnold LLP

NY/553075v1

Honorable I. Leo Glasser
Re:   Catherine Cole v. Hartford Life Insurance Company
September 22, 2009
Page 2


cc:    Steven M. Weiner, Esq. *(via facsimile 718-643-9297)*
       Reibman & Weiner
       *Attorneys for Plaintiff*
       26 Court Street, Suite 1005
       Brooklyn, New York 11242

NY/553075v1