AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| CATHERINE COLE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   09 Civ. 3589 (ILG) (CLP) |
| THE HARTFORD et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendant Hartford Life Insurance Company                                                                                         .

Date:   09/22/2009

s/
*Attorney's signature*

John T. Seybert (JS 5014)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004

*Address*

john.seybert@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

**CERTIFICATE OF SERVICE**

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **APPEARANCE** was served via ECF on this 22nd day of September, 2009, upon the following:

> Steven M. Weiner, Esq.
> Reibman & Weiner
> 26 Court Street, Suite 1005
> Brooklyn, New York 11242

> s/
> JOHN T. SEYBERT (JS 5014)

Dated:    New York, New York
          September 22, 2009