# Sedgwick
## DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ OCT 2 1 2009 ★

**BROOKLYN OFFICE**

*Michael H. Bernstein*
*212-898-4011*
*Michael.Bernstein@sdma.com*

October 20, 2009

<u>VIA FACSIMILE (718) 613-2446 AND ECF</u>         DOCUMENT ELECTRONICALLY FILED

Honorable I. Leo Glasser
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Catherine Cole v. Hartford Life Insurance Company*
     Civ. Act. No.:     09-CV-3589 (ILG)
     SDMA File No.:     02489-000028

Dear Judge Glasser:

This office represents defendant, Hartford Life Insurance Company (hereinafter "Hartford"), in this action. This is a lawsuit in which plaintiff is challenging defendant's denial of long term disability benefits under a group disability policy. Hartford issued the policy and administered claims for benefits under the policy. The parties dispute whether the matter is governed by the Employee Income Retirement Act of 1974 ("ERISA") 29 U.S.C. §1001, *et. seq.*

The purpose of this letter is to request the court's endorsement of the parties' agreement to extend defendant Hartford's time to answer or move with respect to the Complaint. Defendant's Answer and/or appearance is due to be served and filed by October 21, 2009. During a telephone conversation with plaintiff's counsel, Steven M. Weiner, Esq. on October 20, 2009, he agreed to extend the defendant's time to answer or move by fourteen (14) days to November 3, 2009. This is defendant Hartford's second request for an extension of time to answer or move in connection with plaintiff's Complaint. The reason this further extension is being requested is that this office required additional documents from Hartford concerning issues related to whether the underlying disability plan qualifies as an ERISA plan, which documents were first received today.

Thank you for your time and attention to this application. If you have any questions or concerns, please do not hesitate to contact me at (212) 898-4011.

Respectfully submitted,

*[signature]*
Michael H. Bernstein (MB-0579)
Sedgwick, Detert, Moran & Arnold LLP

*[handwritten endorsement]* Granted
So Ordered
s/ILG
USDJ
10/21/09

NY/554495v1

Honorable I. Leo Glasser
Re: Catherine Cole v. Hartford Life Insurance Company
October 20, 2009
Page 2

cc:  Steven M. Weiner, Esq. *(via facsimile 718-643-9297)*
     Reibman & Weiner
     *Attorneys for Plaintiff*
     26 Court Street, Suite 1005
     Brooklyn, New York 11242