UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CATHERINE COLE, | Civ. Act. No.: 09-CIV-3589 (ILG) (SMG) |
| Plaintiff, | |
| -against- | **HARTFORD LIFE INSURANCE COMPANY'S RULE 7.1 <u>DISCLOSURE STATEMENT</u>** |
| THE HARTFORD and UNIVERSITY DISABILITY CONSORTIUM, P.C., | |
| Defendants. | DOCUMENT ELECTRONICALLY FILED |

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, HARTFORD LIFE INSURANCE COMPANY, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

1. Hartford Life Group Insurance Company;

2. Hartford Life and Accident Insurance Company;

3. Hartford Life, Inc.;

4. Hartford Holdings, Inc.; and

5. The Hartford Financial Services Group, Inc.

The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

NY/555752v1

Dated:   New York, New York
         November 3, 2009

                                        Respectfully Submitted,

                                          s/
                                        MICHAEL H. BERNSTEIN (MB 0579)
                                        SEDGWICK DETERT MORAN & ARNOLD LLP
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004-2400
                                        Telephone: (212) 422-0202
                                        Facsimile:  (212) 422-0925
                                        [SDMA File #02489-000028]
                                        *Attorneys for Defendant*
                                        HARTFORD LIFE INSURANCE COMPANY s/h/a
                                        THE HARTFORD

To:   Steven M. Weiner, Esq.
      REIBMAN & WEINER
      26 Court Street, Suite 1005
      Brooklyn, New York 11242
      (718) 522-1743
      *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **HARTFORD LIFE INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** was served **via ECF** and **via regular mail** on November 3, 2009, upon the following:

>Steven M. Weiner, Esq.
>REIBMAN & WEINER
>26 Court Street, Suite 1005
>Brooklyn, New York 11242

Dated: New York, New York
       November 3, 2009

      s/
MICHAEL H. BERNSTEIN (MB 0579)