UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CATHERINE COLE,

                             Plaintiff,

    -against-

THE HARTFORD and
UNIVERSITY DISABILITY
CONSORTIUM, P.C.,

                             Defendants.
----------------------------------X

Case No.: 09 Civ. 3589 (ILG) (CLP)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the time for defendant **UNIVERSITY DISABILITY CONSORTIUM, P.C.** to serve an Answer or otherwise move for relief be extended to March 31, 2010.

Dated: New York, New York
       February 16, 2010

**REIBMAN & WEINER**

By: _____
   Steven Weiner, Esq.
Attorneys for Plaintiff
26 Court Street
New York, New York 10038
(212) 945-7000

**JONES HIRSCH CONNORS & BULL P.C.**

By: _____
   Kevin M. Ryan, Esq. (R8450)
Attorneys for Defendant
**UNIVERSITY DISABILITY CONSORTIUM, P.C.**
One Battery Park Plaza
New York, New York 10004
(212) 527-1000

R8450-780150.1